# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| LARRY Cherry dba Master Mason Construction | |
|---|---|
| Plaintiff(s),<br>v.<br><br>PNC Bank, National Association<br><br>Defendant(s). | Case Number: 20-cv-603<br><br>Judge John Z. Lee |

## Certification by Attorney Regarding Discovery Obligations
## Under Mandatory Initial Discovery Pilot Project

As an attorney appearing in this case, I hereby certify that I have read the Court's "Standing Order Regarding Mandatory Initial Discovery Pilot Project" and that I am aware of the discovery obligations addressed therein. I also acknowledge that Judge Lee requires each attorney appearing on behalf of Plaintiff(s) to file this certification within 28 days after the filing of the Complaint and each attorney appearing on behalf of Defendant(s) to file this certification with the Answer.

| /s/ Jeffrey M. Sniadanko | June 1, 2020 |
|---|---|
| Attorney's Signature | Date |

Name: Jeffrey M. Sniadanko/Clark Hill PLC
Address: 130 E. Randolph Street, Suite 3900, Chicago, IL 60601
Phone Number: 312-985-5523
Email Address: jsniadanko@clarkhill.com

*Rev. 6/2017*